```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 04703
    DEBRA R CAYWOOD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-2782


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/27/2006 and was confirmed 07/17/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/18/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
ARONSON FURNITURE          SECURED            1050.00      121.79          56.64
ARONSON FURNITURE          UNSECURED           328.00         .00            .00
ILLINOIS MOTOR CREDIT      SECURED            2500.00      239.59         708.64
ILLINOIS MOTOR CREDIT      UNSECURED          4842.62         .00            .00
T-MOBILE                   UNSECURED         NOT FILED        .00            .00
CRED PROTECTION ASSOCIAT   UNSECURED         NOT FILED        .00            .00
PREMIER BANCARD CHARTER    UNSECURED           307.36         .00            .00
GE MONEY BANK/WALMART      UNSECURED           223.12         .00            .00
PAYDAY LOAN STORE          UNSECURED         NOT FILED        .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED           338.00         .00            .00
WORLD FINANCIAL NETWORK    UNSECURED           290.28         .00            .00
CITY OF CHICAGO PARKING    UNSECURED           820.00         .00            .00
GENERAL ELECTRIC/JCP CON   UNSECURED           352.56         .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       175.25         .00         175.25
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        3,545.00                  1,005.45
TOM VAUGHN                 TRUSTEE                                        127.64
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   2,435.00

PRIORITY                                         175.25
SECURED                                          765.28
    INTEREST                                     361.38
UNSECURED                                           .00
ADMINISTRATIVE                                 1,005.45
TRUSTEE COMPENSATION                             127.64
DEBTOR REFUND                                       .00
                         ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 04703 DEBRA R CAYWOOD
```

```
TOTALS                                 2,435.00              2,435.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                               /s/ Tom Vaughn
Dated: 11/19/08                _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```